DLM

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE GROUP, One Beacon Lane, Canton, Massachusetts 02021,<br><br>JUDITH S. YOFFIE, [redacted], Wooster, Massachusetts 01609,<br><br>and<br><br>PATRICK CONLEY and GAIL CONLEY, husband and wife, [redacted] Bristol, Rhode Island 02809,<br><br>Defendants. | **COMPLAINT IN INTERPLEADER <u>UNDER 28 U.S.C. § 1335</u>**<br><br>Civil Action Number ____________<br><br>CA 08 58 ML |

Plaintiff United States of America (the "United States"), by and through its attorneys, alleges as follows:

1. The United States seeks to return three oil paintings – all of which were seized in the course of an art theft investigation – to their owner or owners. The parties named as Defendants in this action have each asserted a property interest in the three oil paintings. The United States does not assert a property interest in the paintings and brings this interpleader action to enable the Defendants to resolve their competing claims and to have the paintings returned to their rightful owner or owners.

<u>JURISDICTION AND VENUE</u>

2. The Court has jurisdiction over this matter under Federal Rule of Civil Procedure 22 and 28 U.S.C. §§ 1335 and 1345: two or more of the claimants are of

diverse citizenship, the United States is Plaintiff, and the value of the property at issue exceeds $500.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b): the property at issue is in Providence, Rhode Island.

THE PROPERTY

4. The items at issue in this interpleader action are three oil paintings: "In the Sun" by Childe Hassam, "The Shore of Lake Geneva" by Gustav Courbet, and "Lady as Shepherdess" by William Hamilton. Hereinafter, these works are collectively referred to as the "paintings."

5. These are artists of note, and the paintings are of aesthetic or historic importance.

THE PARTIES

6. The United States is a sovereign and body politic.

7. Defendant OneBeacon Insurance Group ("OneBeacon") is an insurance company and is headquartered at One Beacon Lane, Canton, Massachusetts 02021.

8. Defendant Judith S. Yoffie is a natural person and resides at [redacted] Wooster, Massachusetts 01609.

9. Defendants Patrick Conley and Gail Conley are natural persons and reside at [redacted], Bristol, Rhode Island, 02809.

FACTS

10. In 1976, Mae K. Persky owned the paintings, and they were stolen from her. The paintings were insured for loss by the Commercial Union PLC, and it paid Ms. Persky $45,000.

11. In her will, Ms. Persky left the paintings to William A. Yoffie and his wife, Defendant Judith S. Yoffie ("Defendant Yoffie"). Mr. Yoffie died in 2007 and left his interest in the paintings to Defendant Yoffie.

12. Defendant Yoffie claims ownership of or a property interest in the paintings.

13. Defendant OneBeacon is the successor-in-interest to Commercial Union PLC.

14. Defendant OneBeacon claims ownership of or a property interest in the paintings.

15. At some point in time after the theft, Defendants Patrick and Gail Conley came into possession of the paintings.

16. Defendants Patrick and Gail Conley claim ownership of or a property interest in the paintings.

17. The paintings are presently in the possession of the United States.

18. Aside from Defendants, the United States is unaware of any other interested parties.

19. The United States claims no beneficial interest in the paintings.

20. By virtue of Defendants' claims or potential claims, the Government may be exposed to multiple liability.

WHEREFORE, the United States demands judgment:

(a) ordering Defendants to interplead their respective claims to the paintings;

(b) declaring Defendants' rights and interests in the paintings;

(c) allowing the United States to relinquish possession of the paintings to the Court or any entity designated by the Court for purposes of storing the paintings in an appropriate manner;

(d) restraining each of the defendants from instituting any action against the Government for recovery of any of the paintings;

(e) relieving and discharging the United States – including its agencies, departments, bureaus, commissions, and other subdivisions and its agents, servants, officers, and employees, individually and in their official capacities – from liability with regard to the above-described paintings and with regard to the seizure or return of the above-described paintings; and

(f) dismissing the Government from this action.

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov

Dated: February 19, 2008