IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A.: 08-058ML |
| ONE BEACON INSURANCE GROUP, et | ) | |
| al. | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CERTIFICATION OF WAIVER OF SERVICE OF SUMMONS BY
DEFENDANT, **ONE BEACON INSURANCE GROUP, et al**

Now comes plaintiff, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Milind M. Shah, Assistant United States Attorney for the District of Rhode Island, and hereby certifies that a "Notice of Lawsuit and Request for Waiver of Service of Summons", and a copy of the Complaint were dispatched to Patrick Conley and Gail Conley c/o Arlene Violet Esquire, through first-class mail, postage prepaid, on the 20th day of February, 2008, pursuant to FRCP 4(d)(2), and that defendant has returned the Waiver of Service of Summons.

Pursuant to FRCP 4(d)(3), the defendant is required to serve an answer or otherwise plead to the complaint on or before the 22nd day of April, 2008.

"Waiver of Service of Summons" attached as Exhibits "A" and "B".

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza,
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of March, 2008, I electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Mr. Patrick Conley and Ms. Gail Conley
c/o Arlene Violet, Esquire
499 County Road
Barrington, RI 02806

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney