**WAIVER OF SERVICE OF SUMMONS**

TO: United States Attorney for the District of Rhode Island

I acknowledge receipt of your request that I waive service of a summons in the action of United States of America v. One Beacon Insurance Group, et al., which is case number, C.A. No. 08-58ML in the United States District Court, District of Rhode Island. I have also received copy of the complaint in the action, two copies of this instrument, and a stamped or franked envelope in which to return the signed waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you or your office within sixty (60) days after the notice of lawsuit was sent or within ninety (90) days after that date if the request was sent outside the United States.

2/28/08
Date

Gail C Conley
(Signature)

GAIL C CONLEY
(Printed or typed name)

EXHIBIT A