THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONEBEACON INSURANCE GROUP, One Beacon Lane, Canton Massachusetts 02021,

JUDITH S. YOFFIE, 7070 Salisbury Street, Apartment 338, Wooster, Massachusetts 01608,

and

PATRICK CONLEY and GAIL CONLEY, husband and wife, 1 Bristol Point Road, Bristol, Rhode Island 02809,

Defendants

Civil Action Number 08-58ML

**STIPULATION TO EXTEND TIME FOR ONEBEACON INSURANCE GROUP (MISNAMED) TO ANSWER INTERPLEADER**

Pursuant to LR Cv 29(b), with answer or other response of the defendant OneBeacon Insurance Group (misnamed and hereafter "OneBeacon") due April 22, 2008, the plaintiff United States of America and OneBeacon hereby stipulate that the time for OneBeacon to answer or otherwise respond to the plaintiff's complaint in interpleader shall be extended up to and including Friday, May 9, 2008.

United States of America,
By its attorneys,
Robert Clark Corrente
United States Attorney

_/s/ Milind M. Shah_
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Office (401) 709-5000
Facsimile (401) 709-5001
Email: milind.shah@usdoj.gov

OneBeacon Insurance Group (misnamed),
By its attorney,

_/s/ Edwin Kilcline (by permission)_
Edwin C. Kilcline, III, Bar. No. 7201
Lash & Associates, P.C.
61 Batterymarch Street
Boston, Massachusetts 02110
Office (617) 357-8200
Facsimile (617) 357-8201
Email: ekilcline@lashlaw.com

Certificate of Service

On April 22, 2008, I, Milind M. Shah, filed the foregoing document via the Court's ECF System and served a copy of the foregoing document on the following via first class mail: Edwin C., Kilcline, III, Lash & Associates, P.C., 61 Batterymarch Street, Boston, Massachusetts 02110; George S. Abrams, Esq., Winer & Abrams, 60 State Street, Suite 2329, Boston, Massachusetts 02109; and Arlene Violet, Esq., 499 County Road, Barrington, Rhode Island 02806.

_/s/ Milind M. Shah_
Milind M. Shah