UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. C.A. NO. 08-58 ML

ONE BEACON INSURANCE GROUP, et al

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of defendants PATRICK CONLEY and GAIL CONLEY.

*/S/ James P. Marusak*

JAMES P. MARUSAK
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
401-274-6644 fax; 401-331-9304

CERTIFICATION

I hereby certify that a copy of the within ENTRY OF APPEARANCE was sent electronically and by mail to **Robert Clark Corrente, United States Attorney, and Milind M. Shah, Asst. US Attorney**, US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on the 2nd day of May, 2008.

*/S/ James P. Marusak*