*PATRICK T. CONLEY, J.D., Ph.D.*

*Attorney at Law*
*1445 Wampanoag Trail, Suite 203*
*East Providence, Rhode Island 02915*

*Telephone: 401-273-1787 and 401-272-1776*
*Fax: 401-273-1791*

**MEMORANDUM**

TO: Bill Conley

FROM: Patrick T. Conley

SUBJECT: Cash Loans and Collateral

DATE: January 25, 1999

This writing will confirm the terms and conditions of the two loans made to you for business purposes on Thanksgiving Day, November 26, 1998 and on January 8, 1999.

**LOAN 1:**

| | |
|---|---|
| **Amount:** | **$7,000.00** |
| **Date of Loan:** | **November 26, 1998** |
| **Rate:** | **20% per annum** |
| **Collateral:** | **Oil painting on canvas of Lady Tending Sheep allegedly by W. Hamilton, though unsigned and undated.** |

**LOAN 2:**

| | |
|---|---|
| **Amount:** | **$15,000.00** |
| **Date of Loan:** | **January 8, 1999** |
| **Rate:** | **20% per annum** |
| **Collateral:** | **Oil painting on canvas of the shore of Lake Geneva, Switzerland by Georges Courbet, ca. 1872.**<br>**Oil painting on canvas of a lady in a garden by Childe Hassam, 1888.** |

When repayment is made, the initial money repaid will be applied first to Loan 1 and its collateral and then to Loan 2. **IF ANY MONEY REMAINS UNPAID BY JUNE 30, 1999, THE LOAN OR LOANS WILL BE CONSIDERED IN DEFAULT AND THE COLLATERAL WILL BE RETAINED BY THE LENDER.** (You will recall that the repayment of Loan 1 was originally promised by December 25, 1998.) We would much prefer you reclaimed the paintings, which are not of our choosing, and paid off the loans.

Pat Bill

EXHIBIT
1