# STATEMENT OF LOSS

Mae X. Persky
R. 510-520 Grafton St., Shrewsbury, Ma.
Burglary: July 1, 1976
Our File No. 10306-64714

| | | | VALUE | LOSS | CLAIM |
|---|---|---|---|---|---|
| DWELLING - VALUE | | | $150,000.00 | | |
| Loss and damages: | | | | | |
| Sheet 3 - details attached | | | | | |
| Door Harvey | | $ 627.97 | | | |
| Door lock | | 38.17 | | | |
| Repair cabinet door | | 125.00 | | | |
| Total loss | | $ 791.14 | | $ 791.14 | |
| CONTENTS | | | | | |
| Unscheduled personal property | | | 75,000.00 | | |
| Sheet 3 | | | | | |
| Replace traverse rods | | $ 48.93 | | | |
| Replace TV wires | | 12.50 | | | |
| Replace blood machine | | 42.47 | | | |
| Sheet 1 | | | | | |
| Silver service, silverware | | | | | |
| Trays, etc | $11,625.50 | | | | |
| Loss | 3,151.53 | 8,473.97 | | | |
| Sheet 2 | | | | | |
| Unscheduled articles | | | | | |
| Oriental 3'x" x 3'3" (2) | | $ 250.00 | | | |
| Blue broadloom | | 50.00 | | | |
| 2 figurines $50.00 each | | 100.00 | | | |
| Fur stole | | 150.00 | | | |
| Cash | | 176.00 | | | |
| | | $9,303.87 | | 9,303.87 | |
| SCHEDULED RUGS | | | | | |
| Item 20 Kirman Rug 6'x6' | $ 500.00 | $ 650.00 | | | |
| " 21 " Rug 4'x8'x3 | 125.00 | 225.00 | | | |
| " 22 " Rug 3'x10" x 4'5" | 130.00 | 350.00 | | | |
| " 23 " Rug 4'x5'x10" | 175.00 | 500.00 | | | |
| " 24 " Rug 4'x5'x10" | 150.00 | 500.00 | | | |

Commercial ... Auburn Service Office

EXHIBIT 1

Mae K. Persky, R 510-520 Grafton St., Shrewsbury, Mass.
Our File No. 10306-64714

| | VALUE | LOSS | CLAIM |
|---|---|---|---|
| **SCHEDULED RUGS** | | | |
| Item 27 - Serouk Rug - 3'4"x5' | $ 125.00 | $ 250.00 | |
| " 28 - Kirman " 11'x8"x15'11" | 2,100.00 | 3,000.00 | |
| " 29 - " " 9'10"x13'10" | 1,250.00 | 2,000.00 | |
| Loss on rugs scheduled | $ 4,525.00 | $ 7,475.00 | $ 4,525.00 |
| **SCHEDULED ORNAMENTS** | | | |
| Item F - 17 pairs French Vases | $ 300.00 | $ 500.00 | 300.00 |
| **PAINTINGS IN OIL** | | | |
| Item 5 - Courbet, Gustave | $24,000.00 | $ 24,000.00 | |
| " 6 - Hamilton, William | 1,000.00 | 1,000.00 | |
| " 7 - Hassam, Childe | 20,000.00 | 20,000.00 | |
| | $45,000.00 | $ 45,000.00 | 45,000.00 |
| **FURS** | | | |
| Item 1 - Mink coat full length | $ 1,837.00 | $ 2,500.00 | |
| " 2 - Mink jacket | 938.00 | 1,000.00 | |
| " 3 - Mink stole | 600.00 | 750.00 | |
| " 5 - Alaskan Seal Coat | 1,440.00 | 1,750.00 | |
| | $ 4,815.00 | $ 6,000.00 | 4,815.00 |
| **SILVERWARE** | | | |
| Item 1 - Pair George III Candelabra | $ 1,700.00 | $ 2,000.00 | |
| " 2 - George III chalt bowl | 50.00 | 100.00 | |
| | $ 1,750.00 | $ 2,100.00 | 1,750.00 |
| | | | $ 66,485.07 |
| Less deductible | | | ( 250.00 |
| Total value, loss and claim | $ 286,075.00 | $ 66,485.07 | $66.23 |

GAB, Inc.,
Worcester, Ma.,
R. A. Carbonneau, Adjuster

RAC/jrs