CU Assurance

# Commercial Union Assurance Companies

716 SOUTHBRIDGE STREET, AUBURN, MASSACHUSETTS 01501

RECEIVED
TOWN OF SHREWSBURY
POLICE DEPT.

November 15, 1976

NOV 16 10 19 AM '76

Shrewsbury Police Dept.
Shrewsbury,
Mass. 01545

Claim No.: B4-006758

Insured: Mae K. Persky

Claimant: ?

Date of Accident: 7/1/76

Gentlemen:

The property* described below was the subject of a burglary located at R 510-520 Grafton St and reported to Officer McGinley by Mr. Andrew D'Ellio on 7/2/76.

In the event of recovery of any of this property would you please advise the undersigned, who, by virtue of payment of this loss, has acquired ownership, title, and interest in the property.

Very truly yours,

Lorna Hathon

Lorna Hathon, Adj.

LH/jb

*PROPERTY DESCRIPTION:

see attached

EXHIBIT
2

G40365