IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONEBEACON INSURANCE GROUP, One Beacon Lane, Canton Massachusetts 02021,

JUDITH S. YOFFIE, 7070 Salisbury Street, Apartment 338, Wooster, Massachusetts 01608,

and

PATRICK CONLEY and GAIL CONLEY, husband and wife, 1 Bristol Point Road, Bristol, Rhode Island 02809,

Defendants

Civil Action Nmber 08-58ML

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of defendant OneBeacon Insurance Group (misnamed).

/S/ Brandon S. Bell
Brandon S. Bell, Bar No. 5871
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110
Office (617) 357-8200
Facsimile (617) 357-8201
Email: bbell@lashlaw.com

CERTIFICATION

I, Brandon S. Bell, hereby certify that on June 3, 2008 I electronically filed the foregoing Notice of Entry with the Clerk of the United States District Court for the District of Rhode Island, and served a copy of the foregoing document on the above defendant Judith S. Yoffie, who on information is now deceased, by first class mail postage prepaid to counsel representing the estate of the late Judith S. Yoffie, George S. Abrams, Esq., Winer & Abrams, 60 State Street, Suite 2329, Boston, Massachusetts 02109, David Andelman, Esq., Lourie and Cutler, P.C., 60 State Street, Boston, MA 02109, and on the above defendants Patrick and Gail Conley, by electronically serving their counsel, James P. Marusak, Gidley, Sarli & Marusak, One Turks Head Place, Suite 300, Providence, Rhode Island 02903 and on the United States of America, by electronically serving its counsel, Assistance United States Attorney Milind M. Shah, United States Attorney's Office, 50 Kennedy Place, 8th Floor, Providence, Rhode Island 02903.

/S/ Brandon S. Bell