# EXHIBIT A

March 26, 1979

Mr. Stuart P. Feld
Hirschl & Adler Galleries
21 East 70th Street
New York, New York 10021

Dear Mr. Feld:

I am writing in response to your request for information from Mr. A. S. Persky of 520 Grafton Street, Shrewsbury, Massachusetts.

My uncle passed away in 1969, and until three years ago the Childe Hassam oil was in the home of his widow. At that time, unfortunately, the home was burglarized, and that painting, with others, was taken. In spite of efforts by state and local police, and the F.B.I., it has not been recovered. It is my understanding that its loss was circularized through the art world, but to date it has not been found.

The painting was purchased many years ago I believe from M. Knoedler and Company in New York. They should have a picture of it, and may have other information you desire for your catalogue. From the insurance company notes, I learned that there was a label - Mitch Galleries - on the back, and the painting was signed and dated on the lower left as follows "Villiers-La-Bel 1888".

Obviously, we deeply regret the loss of "In The Sun", and should any information concerning the painting reach you, we would very much appreciate hearing from you.

Sincerely,

MWAY/bjs

MRS. WILLIAM A. YOFFIE