UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONE BEACON INSURANCE GROUP, et al., Defendants | ) | |

STATEMENT OF PARTY'S DEATH

In accordance with F.R.C.P. 25(a) Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie, who are the duly appointed executors of the Estate of Judith S. Yoffie, note the death of defendant Judith S. Yoffie during the pendency of this action.

/s/ Benjamin V. White

Benjamin V. White, No.1652
Gordon P. Cleary, No.1948
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant Estate of
Judith S. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: June 5, 2008

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Brandon S. Bell, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

George S. Abrams, Esq.
Winer & Abrams
60 State Street – Suite 2329
Boston, MA 02109

I hereby certify that I electronically filed this Statement of Party's Death on June 5, 2008. The Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Benjamin V. White