UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE BEACON INSURANCE GROUP,<br>et al.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-58ML |

ANSWER BY ALAN S. YOFFIE, ERIC H. YOFFIE AND DAVID B. YOFFIE, CO-EXECUTORS OF THE ESTATE OF JUDITH S. YOFFIE, TO CROSS-CLAIM IN INTERPLEADER BY ONEBEACON INSURANCE GROUP

Now come Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie, in their capacity as co-executors of the estate of their mother, Judith S. Yoffie (hereinafter called "Co-Executors") and answer the OneBeacon Insurance Group Cross-claim against the Estate of Judith S. Yoffie, as follows:

1. Admit, on information and belief.

2. Answering paragraph 2 of the Cross-claim, allege that Judith S. Yoffie died on March 4, 2008, and on April 30, 2008, her three sons, Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie, were appointed Co-Executors of her estate by the Worcester County Probate Court, Commonwealth of Massachusetts; except as alleged, deny the allegations of paragraph 2.

3. Admit.

4. Answering paragraphs 4, 5, 6 and 7, allege that in July of 1976, and for thirty years before that date, Co-Executors' great aunt and uncle owned three paintings, "In the Sun" by Childe Hassam, "The Shore of Lake Geneva" by Gustav Courbet, and "Lady as a Shepherdess" by William Hamilton (collectively, "the paintings" or "the three paintings"), and that after the death of her husband, Abraham S. Persky, in 1969, Mae K. Persky became sole

owner of the paintings; Co-Executors' great aunt Mae K. Persky was the victim of a brutal home-invasion robbery on the night of July 2, 1976, when three armed men smashed their way into her home, bound and tied her, a companion and a caretaker, cut all telephone lines, and stole the three paintings and other items from the home; thereafter, Mae Persky received an insurance payment of $45,000 for the three paintings, which had not been appraised for current market value for some time before the home-invasion robbery. Except as alleged, deny the allegations of paragraphs 4, 5, 6 and 7.

5. Answering paragraphs 8, 9, 10, 13, 15 and 17, lack knowledge or information sufficient to determine the truth of the allegations of those paragraphs of the OneBeacon Cross-claim.

6. Answering paragraphs 11, 12 and 16, admit on information and belief.

7. Deny the allegations of paragraphs 14 and 18 of the OneBeacon Cross-claim.

FIRST DEFENSE

8. The three paintings in question were insured for fixed values in the insurance policy, which values had not been updated by appraisal for some time before the home-invasion robbery. Co-Executors specifically deny that the estate is precluded from asserting any rights superior to any rights of OneBeacon or the Conleys as to title, interest and ownership of the paintings.

SECOND DEFENSE

9. Mae K. Persky, William A. Yoffie and Judith S. Yoffie and others in the Yoffie family were diligent in their continuing interest as the owners of the paintings and had meetings and correspondence with local and state police authorities, the FBI, art experts and others in asserting their ownership interest and their interest in recovering the paintings.

THIRD DEFENSE

10. OneBeacon fails to state a claim upon which relief can be granted.

WHEREFORE, Co-Executors of the Estate of Judith S. Yoffie request judgment dismissing the OneBeacon Cross-claim and for such other and further relief as the Court may deem just in the circumstances.

/s/ Benjamin V. White
Benjamin V. White, No. 1652
Gordon P. Cleary, No. 1948
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant Estate of
Judith S. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: June 5, 2008

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Brandon S. Bell, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

George S. Abrams, Esq.
Winer & Abrams
60 State Street – Suite 2329
Boston, MA 02109

I hereby certify that I electronically filed this Answer on June 5, 2008. The Answer is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Benjamin V. White