UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 08-58ML |
| ONE BEACON INSURANCE GROUP, et al., Defendants | ) | |

NOTICE OF APPEARANCE

Gordon P. Cleary of Vetter & White hereby enters his appearance as counsel for defendant Judith S. Yoffie.

/s/ Gordon P. Cleary

Gordon P. Cleary, No. 1948
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: June 6, 2008

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Brandon S. Bell, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

George S. Abrams, Esq.
Winer & Abrams
60 State Street – Suite 2329
Boston, MA 02109

I hereby certify that I electronically filed this Notice of Appearance on June 6, 2008. The Notice of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary