UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONE BEACON INSURANCE GROUP,<br>et al.,<br>Defendants | ) | |

## MOTION FOR SUBSTITUTION OF PARTIES

Pursuant to F.R.C.P. 25(a), Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie, the duly appointed executors of the Estate of Judith S. Yoffie, and the legatees of Judith S. Yoffie, move to substitute themselves as parties to this action, in place of Judith S. Yoffie.

A supporting memorandum of law is filed herewith.

/s/ Gordon P. Cleary

Benjamin V. White, Esq. No. 1652
Gordon P. Cleary, Esq., No. 1948
Timothy M. Bliss, Esq. No. 6228
VETTER & WHITE
Attorneys for Defendant Judith S. Yoffie and Petitioners Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: June 6, 2008

## CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Brandon S. Bell, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

George S. Abrams, Esq.
Winer & Abrams
60 State Street – Suite 2329
Boston, MA 02109

I hereby certify that I electronically filed this Motion on June 6, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ONE BEACON INSURANCE GROUP,<br>et al.,<br>Defendants | C.A. No. 08-58ML |

MEMORANDUM IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTIES

## I. INTRODUCTION

Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie ("Petitioners"), the duly appointed co-executors of the Estate of Judith S. Yoffie, and the legatees of Judith S. Yoffie, have moved pursuant to F.R.C.P. 25(a) to substitute themselves as parties to this action in place of the late Judith S. Yoffie.

## II. ARGUMENT

Federal Rule of Civil Procedure 25(a) provides, in part, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

In this case, defendant Judith S. Yoffie died on March 4, 2008. On April 30, 2008, her three sons, the movants, were appointed co-executors of her estate by the Worcester County Probate Court, Commonwealth of Massachusetts. Moreover, Ms. Yoffie provided in her will for her interest in the three paintings at issue in this case to be transferred to the movants. Therefore, movants respectfully submit that they should be substituted for the late Judith S. Yoffie as proper parties to this interpleader action.

F.R.C.P. 17 (h) provides that the capacity of a person acting in a representative capacity is determined by the law of the forum state. Martel v. Stafford, 992 F.2d 1244, 1246 (1st Cir. 1993). Under Rhode Island law, legatees and personal representatives of a deceased party are proper substitutes for that deceased party. Trahan v. Trahan, 455 A.2d 1307 (R.I. 1983) (residuary legatee and administratrix properly substituted as party for deceased party).

III. CONCLUSION

For the foregoing reasons, movants respectfully request that the Court grant the motion to substitute them as parties in place of their late mother, Judith S. Yoffie.

/s/ Gordon P. Cleary
Benjamin V. White, Esq. No. 1652
Gordon P. Cleary, Esq., No. 1948
Timothy M. Bliss, Esq. No. 6228
VETTER & WHITE
Attorneys for Defendant Judith S. Yoffie and Petitioners Alan S. Yoffie, Eric H. Yoffie and David B. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: June 6, 2008

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Brandon S. Bell, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

George S. Abrams, Esq.
Winer & Abrams
60 State Street – Suite 2329
Boston, MA 02109

I hereby certify that I electronically filed this Memorandum on June 6, 2008. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary