IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONEBEACON INSURANCE GROUP (MISNAMED)
One Beacon Lane,
Canton, Massachusetts 01069,

and

JUDITH S. YOFFIE, 7070 Salisbury Street, Apartment 338, Worcester, Massachusetts, 01609,

and

PATRICK CONLEY and GAIL CONLREY, husband and wife,
1 Bristol Point Road, Bristol, Rhode Island 02809

Defendants

Civil Action Number: CA 08 58ML

**DEFENDANT ONE BEACON INSURANCE GROUP (MISNAMED)**
**MOTION FOR PRO HAC VICE ADMISSION**

Defendant, One Beacon Insurance Group hereby moves that Stephen H. Lash be admitted PRO HAC VICE in the above case as counsel identified below.

OneBeacon Insurance Group (Misnamed),
By its attorney,
/S/ Brandon S. Bell

Brandon S. Bell, Bar No. 5871
McOsker-Bell Law Office, LLP
120 Wayland Avenue, Suite 5
Providence, RI 02906-4318
Office (401) 272-6303
Facsimile (401) 272-4163
Email: bbellesq@aol.com
Email: bbell@lashlaw.com

DATED: June 9, 2008

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Massachusetts and of the United States District Court, District of Massachusetts, and my eligibility to practice before that court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and my eligibility to practice before those courts has not been restricted in any way.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in the District Court during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Stephen H. Lash, Esq.
*Pro Hac Vice* Applicant

Stephen H. Lash, Esq., Massachusetts Bar No. 287440
Lash & Associates
61 Batterymarch Street
Boston, Massachusetts 02110
Tel. (617) 357-8200
Fax# (617) 357-8201

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/S/ Brandon S. Bell
Brandon S. Bell, Bar No. 5871
McOsker-Bell Law Office, LLP
120 Wayland Avenue, Suite 5
Povidence, RI 02906-4318
Office (401) 272-6303
Facsimile (401) 272-4163
Email: bbellesq@aol.com

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Dated:

CERTIFICATION

I, Brandon S. Bell, hereby certify that on June 9, 2008 I electronically filed the foregoing Defendant One Beacon Insurance Group (Misnamed) Motion For Pro Hac Vice Admission with the Clerk of the United States District Court for the District of Rhode Island, and served a copy of the foregoing document electronically to Timothy M. Bliss, Esq. and Gordon P. Cleary, Esq., Vetter & White, 20 Washington Place, Proivdence, RI 02903l, James P. Marusak, Gidley, Sarli & Marusak, One Turks Head Place, Suite 300, Providence, Rhode Island 02903 and Milind M. Shah, Esq., United States Attorney's Office, 50 Kennedy Place, 8th Floor, Providence, Rhode Island 02903.

/S/ Brandon S. Bell