IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONEBEACON INSURANCE GROUP, One Beacon Lane, Canton Massachusetts 02021,

ALAN S. YOFFIE, ERIC H. YOFFIE, and DAVID B. YOFFIE, as CO-EXECUTORS OF THE ESTATE OF JUDITH S. YOFFIE, 7070 Salisbury Street, Apartment 338, Wooster, Massachusetts 01608,

and

PATRICK CONLEY and GAIL CONLEY, husband and wife, 1 Bristol Point Road, Bristol, Rhode Island 02809,

Defendants

Civil Action Nmber 08-58ML

**ONEBEACON INSURANCE GROUP (MISNAMED)**
**RULE 16 STATEMENT**

This is a matter in which OneBeacon Insurance Group (misnamed and hereafter "OneBeacon") has recently agreed to assign, transfer and convey all of its rights and claims in this matter to the Estate of Judith S. Yoffie. This agreement between OneBeacon and the co-executors of the Estate of Judith S. Yoffie is in process of being finalized and is expected to be finalized within the next week if not sooner. As part of such a settlement, this will conclude OneBeacon's involvement as a party in this litigation, with anticipation that a stipulation of dismissal of OneBeacon as a party in this litigation (based on its assignment, transfer and conveyance of all of its rights and claims

to the Estate of Judith S. Yoffie) will be filed later this month. As part of such agreement and stipulation, it is also anticipated that OneBeacon will agree to produce any claims file documentation and any 'person with most knowledge' concerning OneBeacon's rights and claims to the stolen/recovered paintings which are the subject matter of this litigation.

As such, other than adopting the Rule 16 Statement of the co-executors of the Estate of Judith S. Yoffie, OneBeacon does not present any other facts, issues or statements for purposes of OneBeacon's Rule 16 Statement.

OneBeacon Insurance Group (misnamed),
By its attorneys,

/S/ Brandon S. Bell
Brandon S. Bell, Bar No. 5871
McOsker-Bell Law Office, LLP
120 Wayland Avenue, Suite 5
Providence, RI 02906-4318
Office (401) 272-6303
Facsimile (401) 272-4163
Email: bbellesq@aol.com
Email: bbell@lashlaw.com

/S/ Stephen H. Lash
Stephen H. Lash, Esq.
*Pro Hac Vice Pending*
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110
Office (617) 357-8200
Facsimile (617) 357-8201
Email: slash@lashlaw.com

DATED: June 12, 2008

# CERTIFICATION

I, Brandon S. Bell, hereby certify that on June 12, 2008 I electronically filed the foregoing Defendant One Beacon Insurance Group (Misnamed) Motion For Pro Hac Vice Admission with the Clerk of the United States District Court for the District of Rhode Island, and served a copy of the foregoing document electronically to George S. Abrams, Esq., Winer & Abrams, 60 State Street, Suite 2329, Boston, Massachusetts 02109, Timothy M. Bliss, Esq. and Gordon P. Cleary, Esq., Vetter & White, 20 Washington Place, Proivdence, RI 02903l, James P. Marusak, Gidley, Sarli & Marusak, One Turks Head Place, Suite 300, Providence, Rhode Island 02903 and Milind M. Shah, Esq., United States Attorney's Office, 50 Kennedy Place, 8th Floor, Providence, Rhode Island 02903.

/S/ Brandon S. Bell