UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONEBEACON INSURANCE GROUP,<br>et al.,<br>Defendants | ) | |

## STIPULATION

OneBeacon Insurance Company ("OneBeacon") and the Estate of Judith S. Yoffie and the Co-Executors of the Estate (the "Estate"), hereby stipulate and agree as follows:

1. The true and rightful owner of the Paintings is the Estate of Judith S. Yoffie, and the Estate of Judith S. Yoffie is entitled to and may exercise all rights of possession and ownership of the paintings called and ascribed: "In the Sun" by Childe Hassam; "The Shore of Lake Geneva" by Gustav Courbet; and "Lady as Shepherdess" by William Hamilton ("the Paintings").

2. Any and all claims, including cross-claims, by and against OneBeacon and the Estate shall be and are dismissed with prejudice, no costs taxed and all rights of appeal waived.

3. All separate agreements between any OneBeacon and the Estate parties relating to the Paintings shall persist in full force and effect, and shall not be altered or diminished by this stipulation.

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendant Estate of
Judith S. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Stephen H. Lash, Esq., BBO #287440
LASH & ASSOCIATES, P.C.
Attorneys for OneBeacon
Insurance Company
61 Batterymarch Street
Boston, Massachusetts 02110
(617) 357-8200
(617) 357-8201 FAX
slash@lashlaw.com

Dated: July 10 , 2008