UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONE BEACON INSURANCE GROUP, et al., Defendants | ) | |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to F.R.C.P. 54, defendants Co-Executors Alan Yoffie, David Yoffie and Eric Yoffie move for entry of the consent judgment filed herewith. A supporting memorandum and a stipulation between the Yoffie Estate and OneBeacon Insurance Company are also filed herewith. As further grounds, defendants are authorized to represent that the United States has no objection to entry of the consent judgment.

Benjamin V. White, Esq. #1652
Gordon P. Cleary, Esq., #1948
Timothy M. Bliss, Esq. #6228
VETTER & WHITE
Attorneys for Defendants Co-Executors
Alan Yoffie, David Yoffie and Eric Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 17, 2008

28

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Stephen H. Lash, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

I hereby certify that I filed this Motion on July 17, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONE BEACON INSURANCE GROUP, et al., Defendants | ) | |

MEMORANDUM IN SUPPORT OF
MOTION FOR ENTRY OF CONSENT JUDGMENT

As the Court is aware, on July 2, 1976, three masked, armed men invaded the Shrewsbury, Massachusetts home of 86-year-old Mae Persky. After cutting the telephone wires, binding Mrs. Persky, her nurse companion Miss Teresa Oswald, and her caretaker Owen McHugh, and then threatening them with death, the gunmen made off with antiques and three treasured paintings. The paintings – a dated 1888 Childe Hassam oil, an undated Gustave Courbet (d. 1887) oil, and an undated William Hamilton (b. 1810 – d. unknown) oil – were purchased in 1945 by Mae Persky's late husband, Abraham.

Mae Persky received $45,000, a scheduled policy amount, for loss of the paintings from Commercial Union Assurance Companies, now succeed by OneBeacon Insurance Company. An appraiser had been engaged to view Mae Persky's valuables before the robbery, but no appraisal had been completed and so the paintings had not been appraised for current market value for an appreciable time before their theft.

Mae Persky died on August 21, 1979, leaving her estate to William Yoffie and Judith Yoffie. On William's death, his estate passed to his wife, Judith Yoffie, who died on March 4, 2008. The three co-executors are Judith's sons and heirs. Mae Persky and the Yoffies

talked often of the paintings from the time of the theft, and considered them lost family heirlooms.

In March, 2007 the Paintings came to the attention of Newport art dealer William Vareika. In late February, 2007, Vareika received several telephone calls from Patrick T. Conley of Bristol, Rhode Island. Conley, who says he obtained the Paintings as collateral for a loan, asked Vareika to authenticate them – a Hassam, a Courbet, and a presumed Hamilton. Vareika met with Conley at the Conley home and inspected three unframed paintings attributed to Hassam, Courbet and Hamilton. Later research by Vareika revealed the Hassam was authentic and, according to the Art Dealer Association records, had been stolen from Mae Persky along with a Courbet and Hamilton, the two other unframed paintings Conley had Vareika inspect to authenticate. The FBI was contacted and took custody of the Paintings. Later, the United States instituted this interpleader action to resolve possible competing claims to the paintings.

The defendants/cross-claimants in this interpleader action – the Judith Yoffie Estate, OneBeacon Insurance, and Patrick and Gail Conley, have resolved their claims and agreed that the three paintings shall henceforth be owned by the Estate of Judith Yoffie. Thus, the contested claims may be dismissed, and the United States in turn, as stakeholder without interest, simply needs authorization to turn over the three paintings to the Estate.

The Consent Judgment proposed for entry dismisses all substantive claims, and permits transfer of the paintings out of the custody of the Federal Bureau of Investigation, and into the hands of the Estate. All parties are in agreement that the Consent Judgment be entered, and the defendant Co-Executors respectfully request the Court to do so.

Benjamin V. White, Esq. #1652
Gordon P. Cleary, Esq., #1948
Timothy M. Bliss, Esq. #6228
VETTER & WHITE
Attorneys for Defendants Co-Executors
Alan Yoffie, David Yoffie and Eric Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 17, 2008

CERTIFICATE OF SERVICE

To:

Milind M. Shah, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Stephen H. Lash, Esq.
Lash & Associates, P.C.
61 Batterymarch Street
Boston, MA 02110

James P. Marusak, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place – Suite 900
Providence, RI 02903

I hereby certify that I filed this Memorandum on July 17, 2008. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

______________________________