UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.A. No. 08-58ML |
| ONEBEACON INSURANCE GROUP, et al., Defendants | ) | |

CONSENT JUDGMENT

All defendants and cross-claimants in this action having stipulated, it is hereby:

ORDERED, ADJUDGED AND DECREED as follows:

1. The true and rightful owner of the paintings known as "In the Sun" by Childe Hassam, "The Shore of Lake Geneva" by Gustav Courbet, and "Lady as Shepherdess" by William Hamilton (all hereinafter, "the Paintings") shall henceforth be the Estate of Judith S. Yoffie. The United States of America may give custody and possession of the Paintings to The Estate of Judith S. Yoffie (hereinafter, "The Estate") and thereafter The Estate shall be entitled to exercise all rights of possession and ownership of the paintings and to the exclusion of any rights previously asserted by the parties hereto.

2. Any and all claims, including cross-claims and counterclaims made by or against any defendant or cross-claimant in this action are hereby dismissed with prejudice, no costs or fees taxes as against any party, and all rights of appeal are hereby waived.

3. All separate agreements between any defendants or cross-claimants relating to the paintings shall remain in full force and effect and shall not be deemed altered or diminished by reason of this consent judgment.

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendant Estate of
Judith S. Yoffie
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

James P. Marusak, Esq.
GIDLEY, SARLI & MARUSAK, LLP
Attorneys for Defendants Patrick Conley
and Gail Conley
One Turks Head Place – Suite 900
Providence, Rhode Island 02903
(401) 274-6644
(401) 331-9304 FAX
jpm@gsm-law.com

Stephen H. Lash, Esq., BBO #287440
LASH & ASSOCIATES, P.C.
Attorneys for Defendant OneBeacon
Insurance Group
61 Batterymarch Street
Boston, Massachusetts 02110
(617) 357-8200
(617) 357-8201 FAX
slash@lashlaw.com

By Order,

Deputy Clerk
7.18.08

Enter:

Mary M. Lisi
USD, J.

Dated: July 18, 2008